44 A.3d 654

**Steven P. PASSARELLO, Administrator of the Estate of Anthony J. Passarello, Deceased, and Steven P. Passarello and Nicole M. Passarello, Husband and Wife**

v.

**Rowena T. GRUMBINE, M.D. and Blair Medical Associates, Inc.**

**Petition of Blair Medical Associates, Inc.**

Supreme Court of Pennsylvania.

May 23, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of May, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues are:

(1) Is it ever within the discretion of a trial judge to instruct the jury in a medical malpractice case that a doctor is not liable for a nonnegligent error of judgment?

(2) Was the Supreme Court's retroactive application to the present case of the rule it announced in *Pringle v. Rapaport*[,] 980 A.2d 159 (Pa.Super.2009) (en banc), contrary to the Supreme Court's decision in *Cleveland v. Johns–Manville Corp.*[,] 547 Pa. 402, 690 A.2d 1146 (1997)?